Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 JUN -5 PM 4:06

BECKMAN COULTER INC. ~~and ORCHID CELLMARK, INC.~~ a Delaware corporation, and Orchid Cellmark Inc., a Delaware corporation

vs

SEQUENOM, INC., a Delaware corporation

SUMMONS IN A CIVIL ACTION                DEPUTY
Case No.

'08 CV 1013 W POR

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY
Iris Sockel Mitrakos
Townsend and Townsend and Crew LLP
12730 High Bluff Drive, Suite 400
San Diego, CA 92130
(858) 350-6100

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                                JUN 0 5 2008
_____                             _____
CLERK                                                 DATE

By  E. LLOYD , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

American LegalNet, Inc.
www.FormsWorkflow.com

CR