# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

BECKMAN COULTER INC., ~~and ORCHID CELLMARK, INC.~~ a Delaware corporation, and Orchid Cellmark Inc., a Delaware corporation

vs

SEQUENOM, INC., a Delaware corporation

**ORIGINAL**

SUMMONS IN A CIVIL ACTION

Case No.

**'08 CV 1013 W POR**

TO: (Name and Address of Defendant)

SEQUENOM, Inc. - Corporate Headqtrs
3595 John Hopkins Court
San Diego, CA 92121-1331

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Iris Sockel Mitrakos
Townsend and Townsend and Crew LLP
12730 High Bluff Drive, Suite 400
San Diego, CA 92130
(858) 350-6100

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

JUN 0 5 2008

W. Samuel Hamrick, Jr.

CLERK                                                DATE

By Elizabeth Floyd, Deputy Clerk

**ORIGINAL**

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me | DATE 6/20/08 1:40 pm |
|---|---|
| NAME OF SERVER Khadija Matthews | TITLE Process Server |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: 3595 John Hopkins Court San Diego, CA 92121
By Serving: Loretta McNeely, Executive Assistant, Authorized to Accept

[ ] Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

[ ] Return unexecuted:

[ ] Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES | TOTAL | |
|---|---|---|---|---|
| | | | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: 6/20/08
Signature of Server: Khadija Matthews
Nationwide Legal, Inc.
121 Broadway #121, San Diego, CA 92101
Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

American LegalNet, Inc.
www.FormsWorkflow.com