Barbara A. Caulfield (CA SBN 108999)
Email: bcaulfield@dl.com
Michael J. Malecek (CA SBN 171034)
Email: mmalecek@dl.com
Stephen C. Holmes (CA SBN 200727)
Email: sholmes@dl.com
DEWEY & LEBOEUF LLP
1950 University Avenue, Suite 500
East Palo Alto, CA  94303-2225
Telephone:  (650) 845-7000
Facsimile:  (650) 845-7333

Attorneys for Defendant
SEQUENOM, INC.

# IN THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BECKMAN COULTER INC., a Delaware corporation, and ORCHID CELLMARK INC., a Delaware corporation,<br><br>　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>SEQUENOM, INC., a Delaware corporation,<br><br>　　　　　　　　Defendant. | Case No. 08 CV 1013 W POR<br><br>**NOTICE OF APPEARANCE** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the undersigned, of the law offices of Dewey & LeBoeuf LLP, files this Notice of Appearance in the above-referenced action as counsel for Defendant Sequenom, Inc. and requests that copies of all briefs, motions, orders, correspondence and other papers also be electronically served as follows:

- 1 –
Case No. 08 CV 1013 W POR
SEQUENOM, INC. – NOTICE OF APPEARANCE

| | |
|---|---|
| Barbara A. Caulfield | bcaulfield@dl.com |
| Michael J. Malecek | mmalecek@dl.com |
| Stephen C. Holmes | sholmes@dl.com |

Dewey & LeBoeuf LLP
1950 University Avenue, Suite 500
East Palo Alto, California 94303
Telephone: (650) 845-7000
Facsimile: (650) 845-7333

Dated: July 2, 2008                    DEWEY & LEBOEUF LLP

By:  s/Stephen C. Holmes
BARBARA A. CAULFIELD (CA SBN 108999)
Email:  bcaulfield@dl.com
MICHAEL J. MALECEK (CA SBN 171034)
Email:  mmalecek@dl.com
STEPHEN C. HOLMES (CA SBN 200727)
Email:  sholmes@dl.com
DEWEY & LEBOEUF LLP

Attorneys for Defendant, SEQUENOM, INC.

- 2 –

Case No. 08 CV 1013 W POR
SEQUENOM, INC. – NOTICE OF APPEARANCE

**CERTIFICATE OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I declare that I am a member of the bar of this Court. My business address is Dewey & LeBoeuf LLP, 1950 University Avenue, Suite 500, East Palo Alto, California 94303. On July 2, 2008, I served the within document:

**NOTICE OF APPEARANCE**

- ☐ I sent such document from facsimile machine on _____. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

- ☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at East Palo Alto, addressed as set forth below.

- ☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below to .

- ☐ I am readily familiar with Dewey & LeBoeuf LLP's business practices of collecting and processing items for pickup and next business day delivery by Federal Express. I placed such sealed envelope(s) for delivery by Federal Express to the offices of the addressee(s) as indicated on the attached mailing list on the date hereof following ordinary business practices.

- ☒ I am personally and readily familiar with the business practice of Dewey & LeBoeuf LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing and e-filing, and I caused said documents to be prepared in PDF and then served by electronic mail with the Clerk of the Court using the CM/ECF system on the persons listed below:

| |
|---|
| Iris Sockel Mitrakos (SBN 190162)<br>E-mail: ismitrakos@townsend.com<br>Townsend and Townsend and Crew LLP<br>12730 High Bluff Drive, Suite 400<br>San Diego, CA  92130 |

Executed on July 2, 2008, at East Palo Alto, California.

          s/Stephen C. Holmes
          Stephen C. Holmes
          Dewey & LeBoeuf  LLP