Iris Sockel Mitrakos (CA SBN 190162)
Email:  ismitrakos@townsend.com
TOWNSEND AND TOWNSEND AND
CREW LLP
12730 High Bluff Drive, Suite 400
San Diego, CA  92130
Telephone:  (858) 350-6100
Facsimile:  (858) 350-6111

Michael C. Schiffer (CA SBN 120176)
Email:  mcschiffer@beckman.com
BECKMAN COULTER INC.
4300 North Harbor Boulevard, M/S A-42-C
Fullerton, CA  92834
Telephone:  (714) 773-7916

Susan M. Spaeth (CA SBN 142652)
Email:  smspaeth@townsend.com
Kyle Vos Strache (CA SBN 251807)
Email:  kvosstrache@townsend.com
TOWNSEND AND TOWNSEND AND
CREW LLP
379 Lytton Avenue
Palo Alto, CA  94301
Telephone:  (650) 326-2400
Facsimile:  (650) 326-2422

Attorneys for Plaintiffs
BECKMAN COULTER INC. and ORCHID
CELLMARK INC.

Barbara A. Caulfield (CA SBN 108999)
Email:  bcaulfield@dl.com
Michael J. Malecek (CA SBN 171034)
Email:  mmalecek@dl.com
Stephen C. Holmes (CA SBN 200727)
Email:  sholmes@dl.com
DEWEY & LEBOEUF LLP
1950 University Avenue, Suite 500
East Palo Alto, CA  94303-2225
Telephone:  (650) 845-7000
Facsimile:  (650) 845-7333

Attorneys for Defendant
SEQUENOM, INC.

**IN THE UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BECKMAN COULTER INC., a Delaware corporation, and ORCHID CELLMARK INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>SEQUENOM, INC., a Delaware corporation,<br><br>Defendant. | Case No. 08 CV 1013 W POR<br><br>**STIPULATED JOINT MOTION TO EXTEND TIME TO ANSWER COMPLAINT** |

- 1 –

Case No. 08 CV 1013 W POR
STIPULATED JOINT MOTION TO EXTEND TIME TO ANSWER COMPLAINT

1  Plaintiffs Beckman Coulter Inc. and Orchid Cellmark Inc. (collectively "Beckman"), and
2  Defendant Sequenom, Inc. ("Sequenom") hereby jointly move and stipulate to enlarge the time for
3  Sequenom to respond to Beckman's complaint. Sequenom's answer is presently due on July 10,
4  2008. Beckman and Sequenom agree to extend the time for Sequenom to answer or otherwise
5  respond until August 15, 2008. This extra time is necessary to give counsel for Sequenom who have
6  only recently been retained more time to review the allegations of infringement of three patents
7  made in the complaint. In addition, two of the lead attorneys for Sequenom have scheduled
8  vacations in the first week of August.

9  The parties have authorized electronic signatures for purposes of this Stipulated Joint
10 Motion.

11 IT IS SO STIPULATED.

12 Dated: July 2, 2008         TOWNSEND AND TOWNSEND AND CREW LLP

13                              By: s/Iris Sockel Mitrakos
                                IRIS SOCKEL MITRAKOS (CA SBN 190162)
14                              Email: ismitrakos@townsend.com
                                SUSAN M. SPAETH (CA SBN 142652)
15                              Email: smspaeth@townsend.com
                                KYLE VOS STRACHE (CA SBN 251807)
16                              Email: kvosstrache@townsend.com
                                TOWNSEND AND TOWNSEND AND CREW LLP
17
                                MICHAEL C. SCHIFFER (CA SBN 120176)
18                              Email: mcschiffer@beckman.com
                                BECKMAN COULTER INC.
19
                                Attorneys for Plaintiffs
20                              BECKMAN COULTER INC. and ORCHID
                                CELLMARK INC.
21

22 Dated: July 2, 2008         DEWEY & LEBOEUF LLP

23                              By: s/Stephen C. Holmes
                                BARBARA A. CAULFIELD (CA SBN 108999)
24                              Email: bcaulfield@dl.com
                                MICHAEL J. MALECEK (CA SBN 171034)
25                              Email: mmalecek@dl.com
                                STEPHEN C. HOLMES (CA SBN 200727)
26                              Email: sholmes@dl.com
                                DEWEY & LEBOEUF LLP
27
                                Attorneys for Defendant, SEQUENOM, INC.
28
- 2 –
Case No. 08 CV 1013 W POR
STIPULATED JOINT MOTION TO EXTEND TIME TO ANSWER COMPLAINT

**CERTIFICATE OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I declare that I am a member of the bar of this Court. My business address is Dewey & LeBoeuf LLP, 1950 University Avenue, Suite 500, East Palo Alto, California 94303. On July 2, 2008, I served the within document:

**STIPULATED JOINT MOTION TO EXTEND**
**TIME TO ANSWER COMPLAINT**

☐ I sent such document from facsimile machine on _____. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at East Palo Alto, addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below to .

☐ I am readily familiar with Dewey & LeBoeuf LLP's business practices of collecting and processing items for pickup and next business day delivery by Federal Express. I placed such sealed envelope(s) for delivery by Federal Express to the offices of the addressee(s) as indicated on the attached mailing list on the date hereof following ordinary business practices.

☒ I am personally and readily familiar with the business practice of Dewey & LeBoeuf LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing and e-filing, and I caused said documents to be prepared in PDF and then served by electronic mail with the Clerk of the Court using the CM/ECF system on the persons listed below:

| | |
|---|---|
| Iris Sockel Mitrakos (SBN 190162)<br>E-mail: ismitrakos@townsend.com<br>Townsend and Townsend and Crew LLP<br>12730 High Bluff Drive, Suite 400<br>San Diego, CA 92130 | |

Executed on July 2, 2008, at East Palo Alto, California.

                                                  s/Stephen C. Holmes
                                                  Stephen C. Holmes
                                                  Dewey & LeBoeuf LLP