# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BECKMAN COULTER, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SEQUENOM, INC.,<br><br>Defendant. | CASE NO: 08-CV-1013 W (POR)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE DEADLINE FOR FILING RESPONSIVE PLEADING [DOC. NO. 6]** |

Pending before the Court is the parties' joint motion for an extension of time to respond to the complaint. Having reviewed the moving papers, and good cause appearing, the Court **GRANTS** the motion (Doc. No. 6). Defendant'S responsive pleading is due on or before August 15, 2008.

**IT IS SO ORDERED.**

DATED: July 3, 2008

_____
Hon. Thomas J. Whelan
United States District Judge

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BECKMAN COULTER, INC., et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>SEQUENOM, INC.,<br><br>　　　　　　　　　　Defendant. | CASE NO: 08-CV-1013 W (POR)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE DEADLINE FOR FILING RESPONSIVE PLEADING [DOC. NO. 6]** |

　　　Pending before the Court is the parties' joint motion for an extension of time to respond to the complaint. Having reviewed the moving papers, and good cause appearing, the Court **GRANTS** the motion (Doc. No. 6). Defendant'S responsive pleading is due on or before August 15, 2008.

　　　**IT IS SO ORDERED.**

DATED: July 3, 2008

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Thomas J. Whelan
　　　　　　　　　　　　　　　　　　　　United States District Judge

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BECKMAN COULTER, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> SEQUENOM, INC., <br><br> Defendant. | CASE NO: 08-CV-1013 W (POR) <br><br> **ORDER GRANTING JOINT MOTION TO CONTINUE DEADLINE FOR FILING RESPONSIVE PLEADING [DOC. NO. 6]** |

Pending before the Court is the parties' joint motion for an extension of time to respond to the complaint. Having reviewed the moving papers, and good cause appearing, the Court **GRANTS** the motion (Doc. No. 6). Defendant'S responsive pleading is due on or before August 15, 2008.

**IT IS SO ORDERED.**

DATED: July 3, 2008

_____
Hon. Thomas J. Whelan
United States District Judge

- 1 -                                                                                                08cv1013w

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BECKMAN COULTER, INC., et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>SEQUENOM, INC.,<br><br>　　　　　　　　　　Defendant. | CASE NO: 08-CV-1013 W (POR)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE DEADLINE FOR FILING RESPONSIVE PLEADING [DOC. NO. 6]** |

　　　Pending before the Court is the parties' joint motion for an extension of time to respond to the complaint. Having reviewed the moving papers, and good cause appearing, the Court **GRANTS** the motion (Doc. No. 6). Defendant'S responsive pleading is due on or before August 15, 2008.

　　　**IT IS SO ORDERED.**

DATED: July 3, 2008

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Thomas J. Whelan
　　　　　　　　　　　　　　　　　　　　　United States District Judge