| | |
|---|---|
| 1 | TOWNSEND AND TOWNSEND AND CREW LLP |
|  | Iris Sockel Mitrakos (State Bar No. 190162) |
| 2 | ismitrakos@townsend.com |
|  | 12730 High Bluff Drive |
| 3 | Suite 400 |
|  | San Diego, California  92130 |
| 4 | Telephone:  (858) 350-6100 |
|  | Facsimile:  (858) 350-6111 |
| 5 | |
|  | BECKMAN COULTER INC. |
| 6 | Michael C. Schiffer (State Bar No. 120176) |
|  | mcschiffer@beckman.com |
| 7 | 4300 North Harbor Boulevard |
|  | M/S A-42-C |
| 8 | Fullerton, California 92834 |
|  | Telephone:  (714) 773-7916 |
| 9 | Facsimile:  (714) 773-7936 |
| 10 | TOWNSEND AND TOWNSEND AND CREW LLP |
|  | Susan M. Spaeth (State Bar No. 142652) |
| 11 | smspaeth@townsend.com |
|  | Matthew R. Hulse (State Bar No. 209490) |
| 12 | mrhulse@townsend.com |
|  | Kyle Vos Strache (State Bar No. 251807) |
| 13 | kvosstrache@townsend.com |
|  | 379 Lytton Avenue |
| 14 | Palo Alto, California 94301 |
|  | Telephone:  (650) 326-2400 |
| 15 | Facsimile:  (650) 326-2422 |
| 16 | Attorneys for Plaintiffs |
|  | BECKMAN COULTER INC. |
| 17 |    and ORCHID CELLMARK INC. |

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BECKMAN COULTER INC., a Delaware corporation, and ORCHID CELLMARK INC., a Delaware corporation, | Case No.   08-CV-1013 W POR |
| | **NOTICE OF PARTY WITH FINANCIAL INTEREST** |
| Plaintiffs, | |
| v. | **Efiling Action** |
| SEQUENOM, INC., a Delaware corporation, | |
| Defendant. | |

- 1 -

1  Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 40.2, Plaintiff Beckman
2  Coulter Inc. states that it has no parent corporation, and no publicly held company owns 10% or more
3  of its stock.

4  DATED: July 23, 2008            TOWNSEND AND TOWNSEND AND CREW LLP

6                                  /s/ Iris Sockel Mitrakos
                                   Iris Sockel Mitrakos
7                                  12730 High Bluff Drive
                                   Suite 400
8                                  San Diego, CA 92130

9                                  BECKMAN COULTER INC.
                                   Michael C. Schiffer
10                                 4300 North Harbor Boulevard
                                   M/S A-42-C
11                                 Fullerton, CA 92843

13                                 TOWNSEND AND TOWNSEND AND CREW LLP
                                   Susan M. Spaeth
14                                 Matthew R. Hulse
                                   Kyle Vos Strache
15                                 379 Lytton Ave
                                   Palo Alto, CA 94301

17                                 Attorneys for Plaintiffs
                                   BECKMAN COULTER INC. and
18                                 ORCHID CELLMARK INC.
                                   ismitrakos@townsend.com
19                                 mcschiffer@beckman.com
                                   smspaeth@townsend.com
20                                 mrhulse@townsend.com
                                   kvosstrache@townsend.com

- 2 -

## **CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on July 23, 2008, with a copy of this document via the Court's CM/ECF system per Local Rules and Administrative Policies Section 2(d).

Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ Iris Sockel Mitrakos
Iris Sockel Mitrakos
ismitrakos@townsend.com

61440838 v1