TOWNSEND AND TOWNSEND AND CREW LLP
Iris Sockel Mitrakos (State Bar No. 190162)
ismitrakos@townsend.com
12730 High Bluff Drive, Suite 400
San Diego, California 92130
Telephone: (858) 350-6100
Facsimile: (858) 350-6111

TOWNSEND AND TOWNSEND AND CREW LLP
Susan M. Spaeth (State Bar No. 142652)
smspaeth@townsend.com
Matthew R. Hulse (State Bar No. 209490)
mrhulse@townsend.com
Kyle Vos Strache (State Bar No. 251807)
kvosstrache@townsend.com
379 Lytton Avenue
Palo Alto, California 94301
Telephone: (650) 326-2400
Facsimile: (650) 326-2422

Attorneys for Plaintiffs BECKMAN COULTER INC.
  and ORCHID CELLMARK INC.

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BECKMAN COULTER INC., a Delaware corporation, and ORCHID CELLMARK INC., a Delaware corporation,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>SEQUENOM, INC., a Delaware corporation,<br><br>　　　　　　Defendant. | Case No.   08-CV-1013 W POR<br><br>**NOTICE OF PARTY WITH FINANCIAL INTEREST**<br><br>**Efiling Action** |

1  Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 40.2, Plaintiff Orchid
2  Cellmark Inc. states that it has no parent corporation, and no publicly held company owns 10% or
3  more of its stock.

4  DATED: July 23, 2008                           TOWNSEND AND TOWNSEND AND CREW LLP

6                                                 /s/ Iris Sockel Mitrakos
                                                  Iris Sockel Mitrakos
7                                                 12730 High Bluff Drive, Suite 400
                                                  San Diego, CA 92130
8
9                                                 TOWNSEND AND TOWNSEND AND CREW LLP
                                                  Susan M. Spaeth
10                                                Matthew R. Hulse
                                                  Kyle Vos Strache
11                                                379 Lytton Ave
                                                  Palo Alto, CA 94301
12
13                                                Attorneys for Plaintiffs
                                                  BECKMAN COULTER INC. and
14                                                ORCHID CELLMARK INC.
                                                  ismitrakos@townsend.com
15                                                smspaeth@townsend.com
                                                  mrhulse@townsend.com
16                                                kvosstrache@townsend.com

**CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on July 23, 2008, with a copy of this document via the Court's CM/ECF system per Local Rules and Administrative Policies Section 2(d).

Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ Iris Sockel Mitrakos
Iris Sockel Mitrakos
ismitrakos@townsend.com

61440841 v1