Barbara A. Caulfield (CA SBN 108999)
Email: bcaulfield@dl.com
Michael J. Malecek (CA SBN 171034)
Email: mmalecek@dl.com
Stephen C. Holmes (CA SBN 200727)
Email: sholmes@dl.com
DEWEY & LEBOEUF LLP
1950 University Avenue, Suite 500
East Palo Alto, CA  94303-2225
Telephone:  (650) 845-7000
Facsimile:  (650) 845-7333

Attorneys for Defendant
SEQUENOM, INC.

**IN THE UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BECKMAN COULTER INC., a Delaware corporation, and ORCHID CELLMARK INC., a Delaware corporation,<br><br>            Plaintiffs,<br><br>    vs.<br><br>SEQUENOM, INC., a Delaware corporation,<br><br>            Defendant. | Case No. 08 CV 1013 W POR<br><br>**NOTICE OF PARTY WITH FINANCIAL INTEREST**<br><br>**Efiling Action** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 40.2, Defendant Sequenom, Inc. states that:

    (1)    Sequenom has no parent corporation; and

    (2)    There is no publicly held company that owns 10% or more of its stock.

Dated: August 15, 2008                DEWEY & LEBOEUF LLP

By: s/Stephen C. Holmes
BARBARA A. CAULFIELD (CA SBN 108999)
Email: bcaulfield@dl.com
MICHAEL J. MALECEK (CA SBN 171034)
Email: mmalecek@dl.com
STEPHEN C. HOLMES (CA SBN 200727)
Email: sholmes@dl.com
DEWEY & LEBOEUF LLP
1950 University Avenue, Suite 500
East Palo Alto, CA 94303

Attorneys for Defendant, SEQUENOM, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on August 15, 2008, with a copy of this document via the Court's CM/ECF system per Local Rules and Administrative Policies Section 2(d).

Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

Dated:  August 15, 2008              DEWEY & LEBOEUF LLP

By:  s/Stephen C. Holmes
STEPHEN C. HOLMES (CA SBN 200727)
Email:  sholmes@dl.com
DEWEY & LEBOEUF LLP
1950 University Avenue, Suite 500
East Palo Alto, CA 94303

Attorneys for Defendant, SEQUENOM, INC.