```
TOWNSEND AND TOWNSEND AND CREW LLP
Susan M. Spaeth (State Bar No. 142652)
smspaeth@townsend.com
Matthew R. Hulse (State Bar No. 209490)
mrhulse@townsend.com
Kyle Vos Strache (State Bar No. 251807)
kvosstrache@townsend.com
379 Lytton Avenue
Palo Alto, California 94301
Telephone: (650) 326-2400
Facsimile: (650) 326-2422

BECKMAN COULTER INC.
Michael C. Schiffer (State Bar No. 120176)
mcschiffer@beckman.com
4300 North Harbor Boulevard, M/S A-42-C
Fullerton, California 92834
Telephone: (714) 773-7916
Facsimile: (714) 773-7936

TOWNSEND AND TOWNSEND AND CREW LLP
Iris Sockel Mitrakos (State Bar No. 190162)
ismitrakos@townsend.com
12730 High Bluff Drive, Suite 400
San Diego, California 92130
Telephone: (858) 350-6100
Facsimile: (858) 350-6111

Attorneys for Plaintiffs BECKMAN COULTER INC.
and ORCHID CELLMARK INC.
```

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BECKMAN COULTER INC., a Delaware corporation, and ORCHID CELLMARK INC., a Delaware corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>SEQUENOM, INC., a Delaware corporation,<br><br>    Defendant. | Case No.   08 CV 1013 W POR<br><br>**NOTICE OF APPEARANCE** |

Notice is hereby given that the undersigned, of the law offices of Townsend and Townsend and Crew LLP, enter their appearance in this matter as counsel for plaintiffs, Beckman Coulter Inc. and Orchid Cellmark Inc., and request that copies of all briefs, motions, orders, correspondence and other

- 1 -

papers also be electronically served as listed below. Also take notice that pursuant to LR 83.3(f)(4), Susan M. Spaeth, enters her appearance as lead counsel in this matter.

Notice is further given that the undersigned attorney, Michael C. Schiffer, enters his appearance in this matter as in-house counsel for Plaintiff Beckman Coulter Inc., for the purpose of receiving notices and orders from the Court.

| | |
|---|---|
| Susan M. Spaeth | smspaeth@townsend.com |
| Matthew R. Hulse | mrhulse@townsend.com |
| Kyle Vos Strache | kvosstrache@townsend.com |
| Townsend and Townsend and Crew LLP | |
| 379 Lytton Avenue | |
| Palo Alto, California 94301 | |
| Telephone: (650) 326-2400 | |
| Facsimile: (650) 326-2422 | |
| | |
| Michael C. Schiffer | mcschiffer@beckman.com |
| Beckman Coulter Inc. | |
| Michael C. Schiffer | |
| 4300 North Harbor Boulevard, M/S A-42-C | |
| Fullerton, CA 92843 | |

DATED: August 25, 2008

TOWNSEND AND TOWNSEND AND CREW LLP

*/s/ Susan M. Spaeth*

Susan M. Spaeth
Matthew R. Hulse
Kyle Vos Strache
379 Lytton Ave
Palo Alto, CA 94301

BECKMAN COULTER INC.
Michael C. Schiffer
4300 North Harbor Boulevard, M/S A-42-C
Fullerton, CA 92843

TOWNSEND AND TOWNSEND AND CREW LLP
Iris Sockel Mitrakos
12730 High Bluff Drive, Suite 400
San Diego, CA 92130

Attorneys for Plaintiffs
BECKMAN COULTER INC. and
ORCHID CELLMARK INC.

61452749 v1

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on August 25, 2008, with a copy of this document via the Court's CM/ECF system per Local Rules and Administrative Policies Section 2(d).

Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

Susan M. Spaeth
smspaeth@townsend.com